# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LJ DOLIN,

    Plaintiff,

v.          No. CV 19-310 GJF/CG

THYSSENKRUPP ELEVATOR CORP.,

    Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadlines*, (Doc. 7), filed April 25, 2019. The Court, noting that the Motion is jointly filed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Response opposing Defendant's *Motion to Dismiss*, (Doc. 3), by **May 3, 2019**; and

2. Defendant may file a Reply on or before **May 24, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE