# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LJ DOLIN,

      Plaintiff,

v.                                                          No. CV 19-310 WJ/CG

THYSSENKRUPP ELEVATOR CORP.,

      Defendant.

## ORDER GRANTING JOINT MOTION TO STAY DISCOVERY
## BETWEEN PLAINTIFF AND DEFENDANT

**THIS MATTER** is before the Court on the parties' *Joint Motion to Stay Discovery Between Plaintiff and Defendant*, (Doc. 11), filed May 1, 2019. Having reviewed the Motion and noting it is jointly filed, the parties' Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that all discovery in this matter is stayed. This stay shall remain effective until the resolution of Defendant's *Motion to Dismiss, or in the alternative, for Summary Judgment*, (Doc. 3).

**IT IS FURTHER ORDERED**, that within fourteen (14) days of the Court's ruling on the *Motion to Dismiss*, the remaining parties shall submit a Joint Status Report and Provisional Discovery Plan. The Court will vacate the the Rule 16 Scheduling Conference by separate Order and reset the Conference after the resolution of Defendant's *Motion to Dismiss*.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE