## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LJ DOLIN,

    Plaintiff,

v.                                                                             No. CV 19-310 WJ/CG

THYSSENKRUPP ELEVATOR CORP.,

    Defendant.

### ORDER VACATING INITIAL SCHEDULING ORDER
### AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on Defendant's *Joint Motion to Stay Discovery Between Plaintiff and Defendant*, (Doc. 11), filed May 1, 2019 and the Court's *Order Granting Joint Motion to Stay Discovery*, (Doc. 12), filed May 2, 2019. **IT IS THEREFORE ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 5), and the Telephonic Rule 16 Scheduling Conference set for May 21, 2019 at 1:30 p.m. are **VACATED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE